UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| HAROLD JONES, LUIS GONZALEZ, | ) | |
| HODGES SESSOMS, and GLENN | ) | |
| SURLES | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:18-CV-274-FL |
| CANAL WOOD, LLC, CANAL CHIP, | ) | |
| LLC *also known as North Carolina Chip* | ) | |
| *LLC,* and CANAL HOLDING, LLC | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motions to dismiss plaintiffs' complaint for failure to state a claim.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 26, 2019, and for the reasons set forth more specifically therein, that defendants' motions to dismiss are GRANTED.

**This Judgment Filed and Entered on April 17, 2019, and Copies To:**
Stephen A. Dunn / William Joseph Austin, Jr. / S. Michael Dunn (via CM/ECF Notice of Electronic Filing)
Edward P. Perrin / David Lestor Woodard / Kaitlin C. Dewberry / Kevin Michael Ceglowski / Douglas M. Jarrell / Mark A. Hiller  (via CM/ECF Notice of Electronic Filing)


April 17, 2019                         PETER A. MOORE, JR., CLERK


                                         /s/ Sandra K. Collins
                                        (By) Sandra K. Collins, Deputy Clerk